IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Lucena-Velez, ) | No. CV-06-2093-PHX-FJM |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Dora Schriro, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

The court has before it petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. 1), respondents' answer (doc. 17), and petitioner's reply (doc. 20). We also have before us the Report and Recommendation of the United States Magistrate Judge (doc. 21). No objection to the Report and Recommendation was filed and the time to object has now passed.

The Magistrate Judge recommends denying the Petition for the reason that it is barred by the one-year statute of limitations set forth in the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2244(d). We accept the recommended decision of the Magistrate Judge pursuant to Rule 8(b), Rules Governing § 2254 Cases. Therefore, **IT IS**

2. **ORDERED DENYING** the Petition for Writ of Habeas Corpus (doc. 1).

DATED this 2nd day of July, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge